# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2021
```

WRITER'S DIRECT:   212-661-1008
                   anne@leelitigation.com

January 22, 2021

<u>Via ECF</u>
The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Flores v. 58th Bakery Inc. et al.*
           <u>Case No.: 20-cv-08855</u>

Dear Judge Nathan:

    We are counsel to Plaintiff and write, jointly with counsel to both groups of Defendants to respectfully request a 30-day adjournment of the Initial Conference currently scheduled for January 29, 2021.

    The reason for the adjournment request is twofold. First, we have been contacted by Richard H., DelValle, Esq., counsel to Aliaged Dining, Inc., and have Stipulated to extend their time to Answer or move to February 13, 2021. Moreover, based on information and documentation recently provided by Mr. DelValle, we are currently investigating whether Aliaged Dining, Inc. is a proper Defendant. Secondly, all other Defendants, represented by Lee Nuwesra, Esq. filed a Motion to Dismiss on January 15, 2021. Pursuant to Your Honor's Individual Practices Section 3(F), in response to the Motion to Dismiss, Plaintiff advises that he intends to file an amended Complaint and plans to do so by February 12, 2021.

    Pursuant to Your Honor's Individual Practices 1(D), the parties propose the following 3 adjournment dates, all Friday afternoons: March 5, 12 or 19, 2021 at 2pm or later.

    This is the first request for adjournment. Defendants' counsels consent to the request.

*[Signature: Alison J. Nathan]*

SO ORDERED.   1/22/2021
ALISON J. NATHAN, U.S.D.J.

> The initial pretrial conference scheduled for January 29, 2021, is adjourned to March 12, 2021, at 3:15 p.m. The parties shall file their joint letter and proposed case management plan at least seven days before the conference. SO ORDERED.