UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUILLERMO MORENO FLORES,<br>*on behalf of himself, FLSA Collective Plaintiffs, and the Class*,<br><br>　　　　　　Plaintiff,<br><br>– against –<br><br>58TH BAKERY INC d/b/a ALL ABOUT FOOD,<br>ALIAGED DINING INC d/b/a AGED,<br>ALIFINE DINING INC d/b/a NANKING,<br>OMSAI FOODS INC. d/b/a NANKING HILTON,<br>ALIMADE LLC d/b/a DELI PLUS,<br>AKBARALI B HIMANI, and<br>NICHOLAS VITHOULKAS,<br><br>　　　　　　Defendants. | 1:20-cv-08855<br><br>**[PROPOSED] RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 58TH BAKERY INC d/b/a ALL ABOUT FOOD, ALIFINE DINING INC d/b/a NANKING, OMSAI FOODS INC. d/b/a NANKING HILTON, ALIMADE LLC d/b/a DELI PLUS, AKBARALI B HIMANI, and NICHOLAS VITHOULKAS (collectively, "Defendants"), having offered to allow Plaintiff GUILLERMO MORENO FLORES ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 10, 2021 and filed as Exhibit "A" to Docket No. 41;

**WHEREAS**, on February 11, 2021, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment;

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of seventeen thousand five hundred dollars ($17,500.00), and the clerk is directed to close the case.

Dated: New York, New York
      February __, 2021

                                         _____, U.S.D.J.